UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHEL TOLIVER,<br><br>                              Plaintiff,<br><br>              -against-<br><br>CITY OF NEW YORK, ET AL.,<br><br>                              Defendants. | 19-CV-11834 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued April 27, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii). The Court declines, under 28 U.S.C. § 1367(c)(3), to exercise supplemental jurisdiction over any state law claims that Plaintiff may be asserting.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   April 27, 2020
             New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge